# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

P.E.G. ENTERTAINMENT, LLC, a
New York Limited Liability Company;
(cont'd)

vs

BAR PINK ELEPHANT, an unknown
business entity; JOHN A. REIS, an
individual; AMI RACHELLE REIS, an
individual; and DOES 1-10, inclusive,

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0098 BEN AJB

FILED
08 JAN 17 PM 3:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Brent H. Blakely and Cindy Chan
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                        JAN 17 2008
_____              _____
              CLERK                                      DATE

J. PARIS IVES

By _____, Deputy Clerk

## ATTACHMENT TO SUMMONS

*(Continued from Page 1)*

and P.E.G. ENTERTAINMENT GROUP, )
LLC, a New York Limited Liability Company, )
                                       )
                    Plaintiffs, )
                                       )
      vs.                                  )
                                       )
_____ )