Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR 14  AM 8:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____KW_____ DEPUTY

P.E.G. ENTERTAINMENT, LLC, a
New York Limited Liability Company;
(cont'd)

vs.

BEASTS OF BOURBON, INC., a
California Corporation dba BAR
PINK ELEPHANT; JOHN A. REIS,
an individual; AMI RACHELLE REIS,
an individual; and DOES 1-10,
inclusive,

SUMMONS IN A CIVIL ACTION
Case No. 08-CV-0098 BEN (AJB)

on First Amended Complaint

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Brent H. Blakely and Cindy Chan
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

By _____, Deputy Clerk

MAR 13 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

## ATTACHMENT TO SUMMONS

*(Continued from Page 1)*

and P.E.G. ENTERTAINMENT GROUP, )
LLC, a New York Limited Liability Company, )
                                         )
               Plaintiffs,    )
                                         )
    vs.                                    )
                                         )
_____ )