Brent H. Blakely (SBN 157292)
Cindy Chan (SBN 247495)
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

P.E.G. ENTERTAINMENT, LLC, et al.,

Plaintiff(s)

v.

BEASTS OF BOURBON, INC., et al.,

Defendant(s)

CASE NUMBER:

08 CV 0098 BEN (AJR)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons  [ ] complaint  [ ] alias summons  [X] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [ ] other *(specify)*:

2. **Person served:**
   a. [X] Defendant *(name)*: AMI RACHELLE REIS, an individual
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      Todd Atkins, Attorney authorized to receive service of process
   c. [X] Address where papers were served: 450 B Street, Suite 1430, San Diego, California

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [ ] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

   b. [ ] By **Substituted service**. By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
      4. [ ] by **mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on *(date)*: _____
      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

c. [X] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. [ ] **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. [ ] **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. [ ] **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. [ ] **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. [ ] **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. [ ] by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service:  *(date)*: _____ at *(time)*: _____

   b. [ ] By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. [ ] By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Cindy Chan, Esq.
   Blakely Law Group
   915 North Citrus Avenue
   Hollywood, California 90038
   Telephone: (323) 464-7400

   a. Fee for service: $
   b. [X] Not a registered California process server
   c. [ ] Exempt from registration under B&P 22350(b)
   d. [ ] Registered California process server

8. [ ] I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/10/08

_____
(Signature)

Brent H. Blakely (SBN 157292)
Blakely Law Group
915 North Citrus Avenue
Hollywood, California 90038
(323) 464-7400
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.E.G. ENTERTAINMENT, LLC, et al., | CASE NUMBER |
| PLAINTIFF(S) | 08 CV 0098 BEN (AJR) |
| v. | NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT |
| BEASTS OF BOURBON, INC., et al., | (For use with State Service only) |
| DEFENDANT(S). | |

To: Todd Atkins, Esq. for Defendant Ami Rachelle Reis, an individual

The summons and complaint served herewith are being served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Section 415.30 of the California Code of Civil Procedure.

You may complete the acknowledgment part of this form and return the completed form to the sender within twenty (20) days.

If you are served on behalf of a corporation, unincorporated association including a partnership, or other entity, you must indicate under your signature your relationship to that entity and your authorization to receive process for that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate your authority under your signature.

**IF YOU DO NOT** complete and return the form to the sender within twenty (20) days, you (or the party on whose behalf you are being served), may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

**IF YOU DO** complete and return this form, you (or the party on whose behalf you are being served), must answer the complaint within the time provided in Rule 12 of the Federal Rules of Civil Procedure or judgment by default may be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on 03/18/08 .

_Signature of Sender_

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT
*(To be completed by recipient)*

I declare under penalty of perjury, that I received a copy of the summons and complaint in the above-captioned matter at

450 B Street, Ste 1430   on 4/1/08
_Address_                 _Date_

Todd A
_Signature_
Attorney for Defendants
_Relationship to Entity/Authority to Receive Service of Process_

CV-21 (02/04)   NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT