TODD C. ATKINS (State Bar No. 208879)
ATKINS & DAVIDSON
450 B Street, Suite 1430
San Diego, CA 92101
Telephone: (619) 255-2380
Facsimile: (619) 231-4984
Email: tatkins@atkinsdavidson.com

Attorneys for Defendants
BEASTS OF BOURBON, INC., JOHN A. REIS and AMI RACHELLE REIS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.E.G. ENTERTAINMENT, LLC et al.<br><br>Plaintiffs,<br>v.<br><br>BEASTS OF BOURBON, INC. et al.<br><br>Defendants. | Case No.: 08-CV-0098 BEN (AJB)<br><br>ANSWER OF DEFENDANTS BEASTS OF BOURBON, INC., JOHN A. REIS AND AMI RACHELLE REIS TO FIRST AMENDED COMPLAINT |

Defendants BEASTS OF BOURBON, INC., JOHN A. REIS and AMI RACHELLE REIS ("Defendants") respectfully submit this Answer to Plaintiffs P.E.G. ENTERTAINMENT, LLC and P.E.G. ENTERTAINMENT GROUP, LLC's ("Plaintiffs") First Amended Complaint ("FAC").

1. In Answer to Paragraph 1 of the FAC, Defendants admit all allegations therein.

2. In Answer to Paragraph 2 of the FAC, Defendants admit all allegations therein.

3. In Answer to Paragraph 3 of the FAC, Defendants admit all allegations therein except the allegation that Defendants committed wrongful acts which is denied.

4. In Answer to Paragraph 4 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

5. In Answer to Paragraph 5 of the FAC, Defendants admit all allegations therein.

6. In Answer to Paragraph 6 of the FAC, Defendants admit all allegations therein.

1

7. In Answer to Paragraph 7 of the FAC, Defendants deny each and every allegation contained therein.

8. In Answer to Paragraph 8 of the FAC, Defendants deny each and every allegation contained therein.

9. In Answer to Paragraph 9 of the FAC, Defendants deny each and every allegation contained therein.

10. In Answer to Paragraph 10 of the FAC, Defendants deny each and every allegation contained therein.

11. In Answer to Paragraph 11 of the FAC, there are no allegations contained in this paragraph.

12. In Answer to Paragraph 12 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

13. In Answer to Paragraph 13 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

14. In Answer to Paragraph 14 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

15. In Answer to Paragraph 15 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

16. In Answer to Paragraph 16 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

17.  In Answer to Paragraph 17 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

18.  In Answer to Paragraph 18 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

19.  In Answer to Paragraph 19 of the FAC, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20.  In Answer to Paragraph 20 of the FAC, Defendants deny each and every allegation contained therein.

21.  In Answer to Paragraph 21 of the FAC, Defendants admit all allegations therein except the allegation that Defendants were informed Defendants of their rights to the trademark that is the subject of the lawsuit which is denied.

22.  In Answer to Paragraph 22 of the FAC, Defendants deny each and every allegation contained therein except the allegation that Plaintiffs never received a response to their letter.

23.  In Answer to Paragraph 23 of the FAC, Defendants deny each and every allegation contained therein.

24.  In Answer to Paragraph 24 of the FAC, Defendants deny each and every allegation contained therein.

25.  In Answer to Paragraph 25 of the FAC, Defendants deny each and every allegation contained therein.

26.  In Answer to Paragraph 26 of the FAC, Defendants deny each and every allegation contained therein.

27.  In Answer to Paragraph 27 of the FAC, Defendants deny each and every allegation contained therein.

28. In Answer to Paragraph 28 of the FAC, Defendants deny each and every allegation contained therein.

29. In Answer to Paragraph 29 of the FAC, Defendants deny each and every allegation contained therein.

30. In Answer to Paragraph 30 of the FAC, there are no allegations contained in this paragraph.

31. In Answer to Paragraph 31 of the FAC, Defendants deny each and every allegation contained therein.

32. In Answer to Paragraph 32 of the FAC, Defendants deny each and every allegation contained therein.

33. In Answer to Paragraph 33 of the FAC, Defendants deny each and every allegation contained therein.

34. In Answer to Paragraph 34 of the FAC, Defendants deny each and every allegation contained therein.

35. In Answer to Paragraph 35 of the FAC, Defendants deny each and every allegation contained therein.

36. In Answer to Paragraph 36 of the FAC, Defendants deny each and every allegation contained therein.

37. In Answer to Paragraph 37 of the FAC, there are no allegations contained in this paragraph.

38. In Answer to Paragraph 38 of the FAC, Defendants deny each and every allegation contained therein.

39. In Answer to Paragraph 39 of the FAC, Defendants deny each and every allegation contained therein.

40. In Answer to Paragraph 40 of the FAC, Defendants deny each and every allegation contained therein.

41. In Answer to Paragraph 41 of the FAC, Defendants deny each and every allegation contained therein.

42. In Answer to Paragraph 42 of the FAC, Defendants deny each and every allegation contained therein.

43. In Answer to Paragraph 43 of the FAC, there are no allegations contained in this paragraph.

44. In Answer to Paragraph 44 of the FAC, Defendants deny each and every allegation contained therein.

45. In Answer to Paragraph 45 of the FAC, Defendants deny each and every allegation contained therein.

46. In Answer to Paragraph 46 of the FAC, Defendants deny each and every allegation contained therein.

47. In Answer to Paragraph 47 of the FAC, Defendants deny each and every allegation contained therein.

48. In Answer to Paragraph 48 of the FAC, Defendants deny each and every allegation contained therein.

49. In Answer to Paragraph 49 of the FAC, there are no allegations contained in this paragraph.

50. In Answer to Paragraph 50 of the FAC, Defendants deny each and every allegation contained therein.

51. In Answer to Paragraph 51 of the FAC, Defendants deny each and every allegation contained therein.

52. In Answer to Paragraph 52 of the FAC, Defendants deny each and every allegation contained therein.

53. In Answer to Paragraph 53 of the FAC, Defendants deny each and every allegation contained therein.

54. In Answer to Paragraph 54 of the FAC, Defendants deny each and every allegation contained therein.

55. In Answer to Paragraph 55 of the FAC, Defendants deny each and every allegation contained therein.

56. In Answer to Paragraph 56 of the FAC, there are no allegations contained in this paragraph.

57. In Answer to Paragraph 57 of the FAC, Defendants deny each and every allegation contained therein.

## FIRST AFFIRMATIVE DEFENSE
## FAILURE TO STATE A CAUSE OF ACTION

58. The FAC, and each and every purported cause of action asserted therein, fails to state facts sufficient to constitute any causes of action against these answering Defendants.

## SECOND AFFIRMATIVE DEFENSE
## UNCLEAN HANDS

59. Plaintiffs are guilty of unclean hands with respect to the activities that are the subject of the FAC and are therefore barred from any recovery against these answering Defendants.

## THIRD AFFIRMATIVE DEFENSE
## NOT RESPONSIBLE FOR ACTS OF DOES

60. These answering Defendants are not legally responsible for the alleged acts/ omissions of those defendants named herein as DOES 1 through 10.

## FOURTH AFFIRMATIVE DEFENSE
## ESTOPPEL

61. Plaintiffs have engaged in conduct with respect to the activities which are the subject of the FAC, and by reason of said activities and conduct are estopped from asserting any claim or damages or seeking any other relief against these answering Defendants.

////

### FIFTH AFFIRMATIVE DEFENSE

### WAIVER

62. Plaintiffs have engaged in conduct and activities sufficient to constitute a waiver of any alleged infringement or any other conduct, if any, as set forth in the FAC.

### SIXTH AFFIRMATIVE DEFENSE

### FAILURE TO MITIGATE

63. Any recovery on Plaintiffs' FAC, or any purported cause of action alleged herein, is barred in whole or in part by Plaintiffs' failure to mitigate its damages.

### SEVENTH AFFIRMATIVE DEFENSE

### BAD FAITH

64. Any recovery on Plaintiffs' FAC, or any purported cause of action alleged herein, is barred in whole or in part by Plaintiffs' bad faith.

### EIGHTH AFFIRMATIVE DEFENSE

### STANDING

65. Any recovery on Plaintiffs' FAC, or any purported cause of action alleged herein, is barred in whole or in part by Plaintiffs' lack of standing.

### NINTH AFFIRMATIVE DEFENSE

### RECIPROCAL RIGHT

66. Defendants allege that only to the extent Plaintiffs seek recovery of attorneys' fees against Defendants in accordance with any statutory provision, then Defendants are entitled to its reasonable attorneys' fees on the same grounds if it is found to be the prevailing party herein.

### TENTH AFFIRMATIVE DEFENSE

### GOOD FAITH BY DEFENDANTS

67. Defendants allege that they acted reasonably and in good faith at all times material herein, based on all facts and circumstances known to it. Accordingly, Plaintiffs are barred, in whole or in part, from any recovery in this action.

////

### ELEVENTH AFFIRMATIVE DEFENSE
### STATUTE OF LIMITATIONS

68. Defendants allege on information and belief that the action is barred by the applicable statute of limitations.

### TWELFTH AFFIRMATIVE DEFENSE
### LACHES

69. Defendants allege on information and belief that the action is barred by the doctrine of laches.

### THIRTEENTH AFFIRMATIVE DEFENSE
### DAMAGES SET-OFF

70. Defendants are informed and believe, and thereupon alleges, that Plaintiffs' damages, if any, are set-off by any value and/or benefit Plaintiffs obtained due to its own conduct and/or contributory negligence, and any recovery obtained by Plaintiffs should be barred and/or reduced according to law, up to and including the whole thereof.

### FOURTEENTH AFFIRMATIVE DEFENSE
### CONSENT

71. Any recovery on Plaintiffs' FAC, or any purported cause of action alleged herein, is barred in whole or in part by Plaintiffs' consent to the conduct of which it now complains.

### FIFTEENTH AFFIRMATIVE DEFENSE
### FAIR COMPETITION

72. Any recovery on Plaintiffs' FAC, or any purported cause of action alleged herein, is barred in whole or in part by the doctrine of fair competition.

### SIXTEENTH AFFIRMATIVE DEFENSE
### ILLEGALITY

73. Any recovery on Plaintiffs' FAC, or any purported cause of action alleged herein, is barred in whole or in part because Plaintiffs are engaged in an illegal scheme.

////

8

### SEVENTEENTH AFFIRMATIVE DEFENSE
### INEQUITABLE CONDUCT OF PLAINTIFFS

74. Any recovery on Plaintiffs' FAC, or any purported cause of action alleged herein, is barred in whole or in part by Plaintiffs' inequitable conduct.

### EIGHTEENTH AFFIRMATIVE DEFENSE
### AVAILABILITY OF ADDITIONAL AFFIRMATIVE DEFENSES

75. These answering Defendants presently have insufficient knowledge or information upon which to form a belief as to the availability of additional, as yet unstated, affirmative defenses. Therefore, these answering Defendants reserve the right to assert additional affirmative defenses in the event discovery reveals that they would be appropriate.

DATED: May 1, 2008

By: __s/ Todd Atkins_____
TODD C. ATKINS
Attorney for Defendants
tatkins@atkinsdavidson.com

9