FILED cal

08 JUN 16 PM 1:15

CLERK U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.E.G. ENTERTAINMENT, LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br>v.<br><br>BEAST OF BOURDON, INC., a California Corporation, dba BAR PINK ELEPHANT; JOHN A. REIS, an Individual, AMI RACHELLE REIS, an Individual and DOES 1-10, Inclusive,<br><br>    Defendants. | Civil No. 08cv0098 BEN (AJB)<br><br>CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE BATTAGLIA |

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned case hereby waive their right to proceed before a United States District Judge and consent to have United States Magistrate Judge Anthony J. Battaglia conduct any and all further proceedings in the case, including the trial and order for the entry of judgment.

_____    _____

IT IS SO ORDERED.
6/16/08
_____
Roger T. Benitez, District Judge.