cal_____

1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   P.E.G. ENTERTAINMENT, LLC, a New          )   Civil No. 08cv0098 BEN (AJB)
     York Limited Liability Company,           )
                                               )
12              Plaintiff,                     )   ORDER FOLLOWING EARLY
     v.                                        )   NEUTRAL EVALUATION
13                                             )   CONFERENCE
     BEAST OF BOURDON, INC., a California       )
14   Corporation, dba BAR PINK ELEPHANT;        )
     JOHN A. REIS, an Individual, AMI           )
15   RACHELLE REIS, an Individual and DOES      )
     1-10, Inclusive,                           )
16                                             )
                Defendants.                    )
17   _____  )

18         On June 12, 2008, the Court convened an Early Neutral Evaluation Conference in the above

19   entitled action.  Appearing were Brent Blakely, Esq., Cindy Chan, Esq., David Sarar and Robert

20   Montwaid on behalf of plaintiff; Clark Davidson, Esq. and Ami Reis and Dang Nguyen on behalf of

21   defendants.

22         A full and final settlement of the entire action was reached.  The settlement was read into the

23   record, is binding, and judicially enforceable.  The Court sets a telephonic Settlement Disposition

24   Conference for *June 30, 2008 at 9:00 a.m.*  Counsel for plaintiff shall initiate the conference call.

25         IT IS SO ORDERED.

26   DATED:  June 16, 2008

27                                          _____
                                            Hon. Anthony J. Battaglia
28                                          U.S. Magistrate Judge
                                            United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28