cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.E.G. ENTERTAINMENT, LLC, a New York Limited Liability Company,<br><br>         Plaintiff,<br>v.<br><br>BEAST OF BOURDON, INC., a California Corporation, dba BAR PINK ELEPHANT; JOHN A. REIS, an Individual, AMI RACHELLE REIS, an Individual and DOES 1-10, Inclusive,<br><br>         Defendants. | Civil No. 08cv0098 (AJB)<br><br>ORDER FOLLOWING SETTLEMENT DISPOSITION CONFERENCE |

      On June 30, 2008, the Court convened a Settlement Disposition Conference in the above entitled action. Appearing were Cindy Chan, Esq. on behalf of plaintiff and Clark Davidson, Esq. on behalf of defendant.

      Counsel report that they are exchanging drafts and are nearing completion of the settlement documents. A little more time is necessary to complete the process and the Court sets another telephonic Settlement Disposition Conference for *July 18, 2008 at 9:30 a.m.* Plaintiff's counsel will initiate the

//

//

//

1 | call.

2 | IT IS SO ORDERED.

4 | DATED: June 30, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court