1                                                                                                      cal_____

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        SOUTHERN DISTRICT OF CALIFORNIA

11

12  P.E.G. ENTERTAINMENT, LLC, a New          )    Civil No. 08cv0098 (AJB)
    York Limited Liability Company,           )
                                              )
13                       Plaintiff,           )    ORDER FOLLOWING SETTLEMENT
    v.                                        )    DISPOSITION CONFERENCE
14                                            )
    BEAST OF BOURDON, INC., a California       )
15  Corporation, dba BAR PINK ELEPHANT;        )
    JOHN A. REIS, an Individual, AMI           )
16  RACHELLE REIS, an Individual and DOES      )
    1-10, Inclusive,                           )
17                                             )
                         Defendants.           )
18                                             )

19          On July 18, 2008, the Court convened a Settlement Disposition Conference in the above entitled

20  action.  Appearing were Cindy Chan, Esq. on behalf of plaintiff.  Defense counsel failed to appear.

21          The settlement documents are complete but need signatures of the multiple defendants, all of

22  whom must sign off individually.  To allow time to accomplish this task, the Court sets another

23  telephonic Settlement Disposition Conference for ***August 15, 2008 at 10:30 a.m.***  *Counsel for plaintiff*

24  *shall initiate the call.*

25          IT IS SO ORDERED.

26  DATED:  July 21, 2008

27                                             _____
                                               Hon. Anthony J. Battaglia
28                                             U.S. Magistrate Judge
                                               United States District Court

K:\COMMON\BATTAGLI\CASES\2 Orders to be filed\08cv98 order fsdc.718.wpd    1                                    08cv98

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28