cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.E.G. ENTERTAINMENT, LLC, a New York Limited Liability Company, <br><br>     Plaintiff, <br>v. <br><br>BEAST OF BOURDON, INC., a California Corporation, dba BAR PINK ELEPHANT; JOHN A. REIS, an Individual, AMI RACHELLE REIS, an Individual and DOES 1-10, Inclusive, <br><br>     Defendants. | Civil No. 08cv0098 (AJB) <br><br>ORDER FOLLOWING SETTLEMENT DISPOSITION CONFERENCE |

On August 15, 2008, the Court convened a Settlement Disposition Conference in the above entitled action. Appearing was Brent Blakely on behalf of plaintiff. Counsel for defendant failed to appear.

Mr. Blakely reports that there is still a word or two that have not been agreed to in the settlement documentation. He will attempt to get that resolved within the week's time.

Based thereon, the Court sets another telephonic Case Management Conference for ***August 22, 2008 at 9:30 a.m.*** Plaintiff's counsel will initiate the call. If the case has not settled by that point, the Court will convene an in person settlement conference to bring the matter to a final close.

IT IS SO ORDERED.

DATED: August 18, 2008

_____
Hon. Anthony J. Battaglia

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

U.S. Magistrate Judge
United States District Court