cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.E.G. ENTERTAINMENT, LLC, a New York Limited Liability Company,<br><br>        Plaintiff,<br>v.<br><br>BEAST OF BOURDON, INC., a California Corporation, dba BAR PINK ELEPHANT; JOHN A. REIS, an Individual, AMI RACHELLE REIS, an Individual and DOES 1-10, Inclusive,<br><br>        Defendants. | Civil No. 08cv0098 (AJB)<br><br>ORDER FOLLOWING SETTLEMENT DISPOSITION CONFERENCE |

The Court set a Settlement Disposition Conference for August 22, 2008 at 9:30 a.m. Plaintiff's counsel was to initiate the call. He did not. Defense counsel was standing by ready to discuss the case, however without plaintiff's counsel's involvement, the matter could not move forward.

The Court sets an *in person* Settlement Conference in this case for ***September 5, 2008 at 10:00 a. All counsel and all parties must appear in person*** and be prepared to work out the final details, and sign all closing documents to bring this case to a close. The failure of any party to comply will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: August 25, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28